CLAYEO C. ARNOLD, SBN 65070
GARY B. CALLAHAN, SBN 47543
TIFFANY B. WONG, SBN 280620
CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: gcallahan@justice4you.com,
twong@justice4you.com

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America and State of California, *ex rel.* Rebecca Handal, Dina Dominguez, Elicia A. Fernandez and Christine Stearns,<br><br>　　　　　　Relators,<br><br>vs.<br><br>Center for Employment Training, Mohammad Aryanpour, Jennifer Cruickshank, Martin Gamez, Ezequiel Guzman, Shirley Johnson, Jennifer Lopez, Maria Elena Riddle, Hermelinda Sapien and Rachel Wickland,<br>　　　　　　Defendants. | Case No.: 2:13-cv-1697 KJM KJN<br><br>Order<br><br>Re: Motion to File *In Camera* and Under Seal |

## ORDER

Upon consideration of Plaintiff relator's request that this matter be filed *in camera* and under seal pursuant to 31 U.S.C. § 3730(b)(2), it is hereby

**ORDERED** that Plaintiff relator's request is GRANTED, and that the matter shall be placed under seal pursuant to the provisions of § 3730(b)(2), and shall remain under seal until further order of the Court.

Dated  August 21, 2013.

_____
UNITED STATES DISTRICT JUDGE

Order - 1