BENAJMIN B. WAGNER
United States Attorney
GLEN F. DORGAN
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States of America

**SEALED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERCIA and STATE OF CALIFORNIA, ex rel. Rebecca Handal, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR EMPLOYMENT TRAINING, *et al.*,<br><br>Defendants. | CASE NO. 2:13-cv-1697-KJM-KJN<br><br>**ORDER GRANTING THE JOINT <u>EX PARTE</u> APPLICATION FOR AN EXTENSION OF TIME TO DECIDE WHETHER TO INTERVENE**<br><br>**(FIRST REQUEST)**<br><br>**[UNDER SEAL]** |

Upon consideration of the joint *ex parte* application of the United States and the State of California for an extension of time to decide whether to intervene and for an extension of the seal on the *qui tam* complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the United States of America and the State of California shall have until and including April 16, 2014, to notify the court of their decision whether to intervene in this action; and

///

///

///

**1**

ORDER RE: JOINT EX PARTE APPLICATION FOR
EXTENSION OF TIME TO INTERVENE

1   IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under seal
2   until the United States and the State of California notices their election, or until further Order of this
3   Court.
4   IT IS SO ORDERED.
5   DATED:  October 16, 2013.

_____
UNITED STATES DISTRICT JUDGE

ORDER RE: JOINT EX PARTE APPLICATION FOR
EXTENSION OF TIME TO INTERVENE