**SEALED**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. Rebecca Handal, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR EMPLOYMENT TRAINING, *et al*.,<br><br>Defendants. | CASE NO. 2:13-cv-1697-KJM-KJN<br><br>**ORDER GRANTING THE JOINT EX PARTE APPLICATION TO PARTIALLY LIFT THE SEAL ON THE QUI TAM COMPLAINT**<br><br>**[UNDER SEAL]** |

Upon consideration of the joint *ex parte* application of the United States and the State of California for an Order lifting the seal on the *qui tam* Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the seal be partially lifted in this action to permit the United States and the State of California, at their option, to disclose the existence of this action, and provide a copy of the Complaint to one or more of the defendants.  At the discretion of the governments' counsel, the Complaint may be redacted to conceal the identity of the relators and other information.  All other filings in this case will remain under seal.

IT IS SO ORDERED.

DATED:  July 31, 2014.

_____
UNITED STATES DISTRICT JUDGE

1

ORDER RE: JOINT EX PARTE APPLICATION TO
PARTIALLY LIFT THE SEAL