UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. Rebecca Handal, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTER FOR EMPLOYMENT TRAINING, et al., <br><br> Defendants. | No. 2:13-cv-1697-KJM-KJN <br><br> ORDER |

On April 13, 2015, the United States and the State of California applied for an order extending the deadline to decide whether to intervene and to extend the seal on the *qui tam* amended complaint. ECF No. 18. This is the fourth such request. In response to the previous request, the court ordered the United States and California to include a detailed explanation of good cause in any future requests for extensions. *See* Order Oct. 22, 2014, ECF No. 16 (citing *U.S.* ex. rel. *Costa v. Baker & Taylor, Inc.*, 955 F. Supp. 1188, 1190-91 (N.D. Cal. 1997)). The declaration of Vincente Tennerelli, submitted with the pending request, demonstrates good cause and complies with the court's previous order. *See* ECF No. 18-2.

The joint *ex parte* application is granted. The United States and the State of California are allowed an extension of time to October 16, 2015, to notify the court of their

1

decision regarding intervention.  The seal on the *qui tam* action is likewise extended.  Any future requests for extensions shall include a detailed explanation of good cause, as previously ordered.

        IT IS SO ORDERED.

DATED:  April 20, 2015.

_____
UNITED STATES DISTRICT JUDGE