BENJAMIN B. WAGNER
United States Attorney
Vincente A. Tennerelli
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States of America

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA, ex rel. Rebecca Handal, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CENTER FOR EMPLOYMENT TRAINING, *et al.*,<br><br>Defendants. | CASE NO. 2:13-cv-1697-KJM-KJN<br><br>**ORDER GRANTING THE JOINT EX PARTE APPLICATION TO PARTIALLY LIFT THE SEAL ON THE QUI TAM COMPLAINT**<br><br>[UNDER SEAL] |

Upon consideration of the joint *ex parte* application of the United States and the State of California for an Order lifting the seal on the *qui tam* Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that the seal be partially lifted in this action to permit Defendants to disclose this action to their respective insurers.  All other filings in this case will remain under seal.

IT IS SO ORDERED.

DATED:  June 15, 2015

_____
UNITED STATES DISTRICT JUDGE

ORDER RE: JOINT EX PARTE APPLICATION TO
PARTIALLY LIFT THE SEAL

1