Clayeo C. Arnold, SBN 65070
Gary B. Callahan, SBN 47543
Tatiana Filippova, SBN 283305
Clayeo C. Arnold, A Professional Law Corporation
865 Howe Avenue
Sacramento, CA 95825
Telephone: (916) 924-3100
Facsimile: (916) 924-1829
Email: gcallahan@justice4you.com, tfilippova@justice4you.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America and State of California, *ex rel.* Rebecca Handal, Dina Dominguez, Elicia A. Fernandez and Christine Stearns,<br>　　　　　Relators,<br>vs.<br><br>Center For Employment Training, Mohammad Aryanpour, Jennifer Cruickshank, Martin Gamez, Tomasita Guajardo, Ezequiel Guzman, Shirley Johnson, Jennifer Lopez, Maria Elena Riddle, Hermelinda Sapien, and Rachel Wickland,<br>　　　　　Defendants. | Case No.: 2:13-cv-1697 KJM KJN<br><br>ORDER |

　　　Having considered the Relators' Notice of Request and Request to Seal exhibits 6, 11, 27 and 28 to the Complaint, subject to concomitant filing of redacted copies of the same exhibits,

　　　**IT IS HEREBY ORDERED** that Relators' request is GRANTED, and that the exhibits shall be placed under seal pursuant Local Rule 141, and shall remain under seal until further order of the Court.

DATED: November 24, 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE