KATHLEEN M. RHOADS (SBN: 144466)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA 95825
Telephone: (916) 565-2900
Facsimile: (916) 920-4402

Larry S. Gondelman (District of Columbia SBN: 950691)
POWERS PYLES SUTTER & VERVILLE PC
1501 M Street, NW, Seventh Floor
Washington, DC 20005
Telephone: (202) 466-6550
Facsimile: (202) 785-1756

Attorneys for Defendants
CENTER FOR EMPLOYMENT TRAINING, A California nonprofit corporation;
SHIRLEY JOHNSON; and JENNIFER CRUICKSHANK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA EX REL. REBECCA HANDAL, DINA DOMINGUEZ, ELICIA A. FERNANDEZ AND CHRISTINE STEARNS,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTER FOR EMPLOYMENT TRAINING, A CALIFORNIA NONPROFIT CORPORATION, MOHAMMAD ARYANPOUR, JENNIFER CRUICKSHANK, MARTIN GAMEZ, TOMASITA GUAJARDO, EZEQUIEL GUZMAN, SHIRLEY JOHNSON, JENNIFER LOPEZ, MARIA ELENA RIDDLE, HERMELINDA SAPIEN AND RACHEL WICKLAND,<br><br>Defendants. | CASE NO. 2:13-cv-1697 KJM-KJN<br><br>**STIPULATION TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATION RE DEFENDANTS CENTER FOR EMPLOYMENT TRAINING, A California nonprofit corporation, SHIRLEY JOHNSON, and JENNIFER CRUICKSHANK'S MOTION FOR SUMMARY JUDGMENT AND ORDER** |

Whereas Relators have filed a 57-page First Amended Complaint alleging violations of federal False Claims Act, the California False Claims Act, and the California Fraud and Deceit statute;

/ / /

-1-
Stipulation to File Memorandum in Excess of Page Limitation re Defendants' Motion for Summary Judgment and Order  2:13-cv-1697 KJM-KJN

Whereas there are three Defendants remaining in the case;

Whereas Relators seek approximately $280,000,000 in damages;

Whereas discovery has closed in the case;

Whereas the Court's Scheduling Order requires that any hearing on a motion for summary judgment must be heard by September 22, 2017;

Whereas all three Defendants intend to file a motion for summary judgment on several grounds, including materiality and scienter;

Whereas the evidence on scienter is specific to each of the three Defendants;

Whereas the Court allowed the parties to exceed the 20-page limit in the Court's Standing Order in connection with the Motion to Dismiss and to file moving and opposition briefs not to exceed 30 pages;

Whereas Defendants previously filed a motion for permission to file 30-page moving and opposition briefs in connection with their motion for summary judgment, which motion has not yet been ruled upon;

Whereas Relators initially opposed Defendants' motion to file 30-page briefs; and

Whereas Relators have reconsidered their position and now consent to Defendants' motion to file 30-page moving and opposition briefs;

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Stipulation to File Memorandum in Excess of Page Limitation re Defendants' Motion for Summary Judgment and Order				2:13-cv-1697 KJM-KJN

Therefore, with respect to Defendants' motion for summary judgment, Defendants and Relators' respective moving and opposition briefs may be 30 pages in length, and any reply briefs may be 15 pages in length.

**IT IS SO STIPULATED.**

Dated: July 28, 2017
CLAYEO C. ARNOLD
A PROFESSIONAL LAW CORPORATION

By: /s/ *Gary B Callahan*
Gary B. Callahan
Attorneys for Plaintiffs/Relators
United States of America and State of California Ex Rel. Rebecca Handal, Dina Dominguez, Elicia A. Fernandez and Christine Stearns

Dated: July 28, 2017
GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ *Kathleen M. Rhoads*
Kathleen M. Rhoads
Attorney for Defendants
Center For Employment Training, a California nonprofit corporation, Shirley Johnson, and Jennifer Cruickshank

**ORDER**

**IT IS SO ORDERED.**

DATED: August 9, 2017.

_____
UNITED STATES DISTRICT JUDGE