1  ANTHONY ONTIVEROS (SBN: 152758)
   ARNOLD LAW FIRM
2  865 Howe Avenue
   Sacramento, CA 95825
3  Telephone: (916) 777-7777
   Facsimile: (916) 924-1829
4
   Attorney for Plaintiffs
5  REBECCA HANDAL, DINA DOMINGUEZ, ELICIA A. FERNANDEZ
   and CHRISTINE STEARNS
6
   KATHLEEN M. RHOADS (SBN: 144466)
7  GORDON REES SCULLY MANSUKHANI, LLP
   3 Parkcenter Drive, Suite 200
8  Sacramento, California  95825
   Telephone: (916) 565-2900
9  Facsimile: (916) 920-4402

10 LARRY S. GONDELMAN (District of Columbia SBN: 950691)
   SEAN T. BELLER (Virginia SBN: 72725)
11 POWERS PYLES SUTTER & VERVILLE PC
   1501 M Street, NW, Seventh Floor
12 Washington, DC  20005
   Telephone: (202) 466-6550
13 Facsimile: (202) 785-1756

14 Attorneys for Defendant
   CENTER FOR EMPLOYMENT TRAINING
15

16                IN THE UNITED STATES DISTRICT COURT

17                  EASTERN DISTRICT OF CALIFORNIA

18
   UNITED STATES OF AMERICA AND STATE OF )    CASE NO.  2:13-cv-1697 KJM-KJN
19 CALIFORNIA EX REL. REBECCA HANDAL,    )
   DINA DOMINGUEZ, ELICIA A. FERNANDEZ   )    **JOINT STIPULATION AND**
20 AND CHRISTINE STEARNS,                )    **ORDER TO CONTINUE**
                                         )    **PRETRIAL CONFERENCE**
21              Plaintiffs,              )
                                         )
22              vs.                      )
                                         )
23 CENTER FOR EMPLOYMENT TRAINING, A     )
   CALIFORNIA NONPROFIT CORPORATION,     )
24                                       )
                Defendant.               )
25                                       )
                                         )
26                                       )
                                         )
27                                       )

28

   Joint Stipulation and Order to Continue Pretrial Conference          2:13-cv-1697 KJM-KJN

1         Pursuant to Local Rules 143 and 230(f), Plaintiffs Rebecca Handal, Dina Dominguez,

2 Elicia A. Fernandez, and Christine Stearns ("relators") and Defendant Center for Employment

3 Training ("CET") (collectively, the "Parties"), by and through their respective counsel of

4 record, hereby jointly request a continuance of the Pretrial Conference currently set for March

5 22, 2019.  Good cause exists to continue the Pretrial Conference in that the parties have agreed

6 to engage in a settlement conference prior to trial. In support thereof, the Parties state as

7 follows:

8         1.     In its Original Pretrial Scheduling Order, the Court set January 19, 2018 as the

9 date for the filing of a joint Pretrial Conference Statement and February 9, 2018 as the date for

10 the Pretrial Conference.

11         2.     After the hearing on CET's Motion for Summary Judgment, the Court vacated

12 those dates, pending a ruling on the Motion.

13         3.     On February 4, 2019, the Court denied CET's Motion for Summary Judgment

14 and set March 1, 2019 as the date on which the Parties must file a joint Pretrial Conference

15 Statement and March 22, 2019 as the date of the Pretrial Conference. The Court did not set a

16 trial date.

17         4.     As of this date, the Parties have not engaged in any settlement discussions. With

18 the denial of the Motion for Summary Judgment, the Parties believe it would be productive to

19 explore the possibility of settlement.

20         5.     Therefore, in order to conserve resources and enable them to prepare for and

21 engage in such discussions, the Parties respectfully suggest that it is in the interests of justice

22 to extend the dates for the filing of the Joint Pretrial Conference Statement and the Pretrial

23 Conference until after they have had an opportunity to pursue a possible settlement.

24         6.     The Parties believe that a Court Settlement Conference pursuant to Local

25 Rule 270 is the appropriate vehicle for pursuing settlement discussions and move the Court to

26 refer this matter to a Magistrate of this Court to conduct such a conference. The Parties ask

27 that the referral Order set a deadline for the completion of settlement discussions of April 15,

28 2019.

---

1    7.    The Parties also request the Court set May 17, 2019 as the date for the filing of a

2  Joint Pretrial Conference Statement and June 14, 2019 as the date for the Pretrial Conference

3  in the event that the Parties are not able to settle the case by April 15, 2019.

4    8.    The Parties also advise the Court that they are available for trial in the matter in

5  the month of October 2019 in the event that the Court also wants to set a trial date.

6    **IT IS SO STIPULATED**

7

8  Dated:  February 8, 2019                                    Respectfully submitted,

9

10                                                            /s/ *Kathleen M. Rhoads*
                                                              Kathleen M. Rhoads
                                                              Gordon Rees Scully Mansukhani, LLP
11                                                            3 Parkcenter Drive, Suite 200
                                                              Sacramento CA  95825
12                                                            Attorney for Defendant
                                                              CENTER FOR EMPLOYMENT
13                                                            TRAINING, A California nonprofit
                                                              corporation
14

15                                                            /s/ *Anthony Ontiveros*
                                                              Anthony Ontiveros
16                                                            The Arnold Law Firm
                                                              865 Howe Avenue
17                                                            Sacramento, CA 95825
                                                              Attorney for Plaintiffs
18                                                            REBECCA HANDAL, DINA
                                                              DOMINGUEZ, ELICIA A. FERNANDEZ
19                                                            and CHRISTINE STEARNS

20

21

22

23

24

25

26

27

28

Joint Stipulation and Order to Continue Pretrial Conference          2:13-cv-1697 KJM-KJN

## ORDER

Pursuant to the Stipulation filed by the Parties and good cause appearing, the courts ORDERS a settlement conference SET for March 15, 2019 at 9:30 a.m. in Courtroom 24 before Magistrate Judge Carolyn K. Delaney. Parties are instructed to have a principal with full settlement authority present at the Settlement Conference or to be fully authorized to settle the matter on any terms. The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face to face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. The parties are directed to submit their confidential settlement conference statements to the Court using the following email address: ckdorders@caed.uscourts.gov. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e). Statements are due at least 7 days prior to the Settlement Conference. Upon submission of confidential settlement statements, each party shall file on the docket a "Notice of Submission of Settlement Conference Statement."

The Pretrial Conference currently set for March 22, 2019 is VACATED, and RESET for June 28, 2019, at 10:00 a.m., with the parties to file a Joint Pretrial Conference Statement by May 31, 2019.

**IT IS SO ORDERED.**

DATED: February 21, 2019

_____
UNITED STATES DISTRICT JUDGE