# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA HANDAL, et al., | Case No. 2:13-cv-01697-KJM-KJN |
| Plaintiffs, | |
| v. | ORDER |
| CENTER FOR EMPLOYMENT TRAINING, et al., | |
| Defendants. | |

The court is in receipt of the parties' stipulation to dismiss with prejudice relator Christine Stearns and all of her claims. ECF No. 123. The court previously advised it would solicit the written consent of the United States and the State of California before approving any proposed dismissal or settlement in this action. ECF No. 25 at 4.

Accordingly, the United States and the State of California are ORDERED to notify the court within fourteen (14) days whether they consent to the proposed dismissal of Stearns.

IT IS SO ORDERED.

DATED: September 4, 2019.

_____
UNITED STATES DISTRICT JUDGE

1